# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PHILIP T. NORRIS,

        Petitioner,

v.                                                 Case No. 13-14697

LLOYD RAPELJE,

        Respondent.
_____/

## JUDGMENT

In accord with the court's "Opinion and order Dismissing the Habeas Corpus Petition as Untimely and Denying a Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Lloyd Rapelje and against Petitioner Philip T. Norris.

Dated at Detroit, Michigan, this 31st day of October.

                                       S/Robert H. Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated: October 31, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 31, 2016, by electronic and/or ordinary mail.

                                       S/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522